IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNIE LEE BUTLER,  No. 2:03-cv-0903-MCE-KJM-P

    Plaintiff,

  v.  ORDER

JEANNE WOODFORD,
Director of the California
Department of Corrections,

    Defendant.
_____/

    On July 7, 2005, Plaintiff filed a Motion for Reconsideration of this Court's November 29, 2004 denial of Plaintiff's Motion for a Preliminary Injunction.

    A District Court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).

///

///

1  "Reconsideration is appropriate if the district court (1) is
2  presented with newly discovered evidence, (2) committed clear
3  error or the initial decision was manifestly unjust, or (3) if
4  there is an intervening change in controlling law."  Id. at 1263.
5       Again, Plaintiff asks that the Court order Defendant to
6  house Plaintiff in a cell by himself due to the fact that a
7  mental illness causes Plaintiff to engage in violent behavior
8  with cellmates.  However, Plaintiff still has not shown that it
9  is a mental illness or anything else outside Plaintiff's control
10 which might cause him to engage in violence.  See September 30,
11 2004 Findings and Recommendations.  Under these circumstances a
12 preliminary injunction is not warranted.
13      In accordance with the above, IT IS HEREBY ORDERED that
14 Plaintiff's July 7, 2005 Motion for Reconsideration is denied.
15 DATED: March 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2