IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNIE LEE BUTLER,                       No. 2:03-cv-0903-MCE-KJM-P

       Plaintiff,

   v.                                   ORDER

JOHN DOVEY, Director of
the California Department
of Corrections,

       Defendant.
                            /

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

///
///
///
///

1

On March 7, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any Objections to the Findings and Recommendations were to be filed within fifteen (15) days. Plaintiff has filed Objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 7, 2006, are adopted in full; and

2. Defendant's November 5, 2004 Motion for Summary Judgment is granted;

3. Defendant is granted summary judgment as to Plaintiff's Eighth Amendment claim; and

4. Plaintiff's Americans with Disabilities Act claim is dismissed with prejudice for failure to state a claim upon which relief can be granted.

DATED: June 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE