UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED

AUG - 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

| | |
|---|---|
| DANNIE LEE BUTLER,<br><br>    Plaintiff - Appellant,<br>v.<br><br>JEANNE WOODFORD; et al.,<br><br>    Defendants - Appellees,<br>  and<br><br>EDWARD ALAMEDIA, JR.; et al.,<br><br>    Defendants. | No.  06-16150<br>D.C. No.  CV-03-00903-MCE/KJM<br><br>**ORDER** |

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith     [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: ___Aug - 4 2006___